# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RAJ PATEL

        Plaintiff

   v.

                                                Civil Action No. 3:21-cv-241

VERONICA SYRETIA ROOT MARTINEZ;
UNIVERSITY OF NOTRE DAME DU LAC;
JOE BIDEN, *The President of the United States*; and
FEDERAL BUREAU OF INVESTIGATIONS

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller, Jr.

DATE: 4/8/2021                                   ROBERT N. TRGOVICH, CLERK OF COURT

                                                                     by   s/ B. Scheumann _____
                                                                     *Signature of Clerk or Deputy Clerk*